US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

JUN 06 2017

DOUGLAS F. YOUNG, Clerk
By _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 3:17CR30006-001 |
| | ) | |
| VS. | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(B)(viii) |
| MARK ALAN MOCK | ) | 21 U.S.C. § 846 |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

Beginning on or about an unknown date, but at least as early as January 1, 2016, and continuing to on or about June 1, 2017, in the Western District of Arkansas, Harrison Division, and elsewhere, the defendant, **MARK ALAN MOCK**, and others known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree with each other, and with others known and unknown to the Grand Jury, to distribute a mixture or substance that contained detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1) and Title 21, United States Code, § 846.

### COUNT TWO

On or about July 31, 2016, in the Western District of Arkansas, Harrison Division, the defendant, **MARK ALAN MOCK**, did knowingly possess with intent to distribute a controlled substance, namely, a mixture or substance containing more than 50 grams of a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii).

1

## COUNT THREE

On or about April 7, 2017, in the Western District of Arkansas, Harrison Division, the defendant, **MARK ALAN MOCK**, knowingly and intentionally distributed a controlled substance, namely, a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, § 841(a)(1).

A true bill.

KENNETH ELSER
UNITED STATES ATTORNEY

*/s/ Grand Jury Foreperson*
Foreperson

By: Brandon Carter
Assistant United States Attorney
Ark. Bar Number 2005241
414 Parker Avenue
Ft. Smith, AR  72902
Phone:  (479) 494-4075
Fax:  (479) 441-0569
Email:  brandon.t.carter@usdoj.gov