IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

v.                                   Case No. 3:17-cr-30006-001

MARK ALAN MOCK                                                                    DEFENDANT

## O R D E R

At the arraignment and plea conducted on the criminal indictment, the defendant agreed to waive the issue of detention pending the final disposition of the case; accordingly, the court considers the matter waived. The defendant is detained, subject to reconsideration on motion of defendant.

SO ORDERED this 24th day of July 2017.

/s/ Mark E. Ford
HONORABLE MARK E. FORD
UNITED STATES MAGISTRATE JUDGE